IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01312-MSK-CBS

LINDA J. ROPER,

    Plaintiff,

v.

ADAMS COMMUNITY MENTAL HEALTH CENTER, INC.,
d/b/a COMMUNITY REACH CENTER, INC., a Colorado corporation,
JOSEPH M. PASTOR, M.D., and
THOMAS F. PETRIZZO,

    Defendants.

_____

### ORDER OF DISMISSAL AND DIRECTIVE TO CLOSE CASE
_____

THIS MATTER having come before the Court upon the parties' Stipulation for Dismissal with Prejudice **(#21)**, and the Court being fully advised, hereby ORDERS that the within matter is dismissed with prejudice, each party to pay their own costs and attorneys' fees. The clerk shall close this case.

DATED this 10th day of February 2006.

                                                  **BY THE COURT:**

                                                  Marcia S. Krieger
                                                  United States District Judge